UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 596-8900
Attorney for MTGLQ Investors, LP, its successors and/or assigns

Order Filed on November 18, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RONALD M. DAVIS
ANGELA LORRAINE DAVIS

Case No. 14-21357
Chapter 13
Hearing: November 2, 2016

Judge: GAMBARDELLA

## ORDER RESOLVING MTGLQ INVESTORS, LP'S MOTION FOR RELIEF FROM STAY SUBMITTED UNDER THE 7-DAY RULE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 18, 2016**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtors: Ronald M. Davis & Angela Lorraine Davis
Case No: 14-21357-RG
Caption of Order: Order Resolving MTGLQ Investors, LP's Motion for Relief from Stay submitted under the 7-day rule

Upon consideration of MTGLQ Investors, LP's, its successors and/or assigns, (hereinafter "Movant") application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. As of October 28, 2016, the Debtors are currently due for August 1, 2016 through and including October 1, 2016 post-petition payments which total **$15,422.44**:

    12 months @ $1,397.25 (11/15-10/16): $16,767.00
    Suspense:                           ($1,344.56)

Said arrearages shall be cured by Debtor as follows:

   a) The aforesaid arrears totaling $15,422.44 are hereby added to Debtors' Chapter 13 Plan to be paid by the Chapter 13 Trustee as an administrative Claim.

   b) The Trustee shall amend her records to reflect the Movant's administrative claim in the amount of $15,422.44, pursuant to this Order and pay said claim to Movant in normal course.

2. Commencing with the November 1, 2016 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtors shall remit payments directly to Movant as same come due.

**(Page 3)**

Debtors: Ronald M. Davis & Angela Lorraine Davis
Case No: 14-21357-RG
Caption of Order:  Order Resolving MTGLQ Investors, LP's Motion for Relief from Stay submitted under the 7-day rule

2. Debtors shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $676.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay.

3. **Thirty-Day Default Clause:** If the Debtors should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant and/or to the Chapter 13 Trustee for more than (30) days from the due date or to the Chapter 13 Trustee, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to secured creditor's enforcement of its State Law Foreclosure action against the realty commonly known as 5 Oak Lane, Lake Hiawatha, New Jersey 07034.  The Order submitted to the Court will not require the consent of the Debtors or the Debtors' counsel regarding form or substance, however, the trustee, Debtors and their counsel shall be given notice of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

4. If the case is converted to a Chapter 7, the Movant may file a Certification of Default with the Court and the Court may enter an Order granting Movant relief from the automatic stay.

5. Movant shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald M Davis  
Angela Lorraine Davis  
    Debtors

Case No. 14-21357-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Nov 18, 2016  
                                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.  
db/jdb       +Ronald M Davis,   Angela Lorraine Davis,   5 Oak Lane,   Lake Hiawatha, NJ 07034-1702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:  
        Andrew L. Spivack   on behalf of Creditor   Wells Fargo Bank, NA nj.bkecf@fedphe.com  
        Brian E Caine   on behalf of Creditor   MTGLQ Investors, LP bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
        Celine P. Derkrikorian   on behalf of Creditor   PNC Bank, National Association njecfmail@mwc-law.com  
        Celine P. Derkrikorian   on behalf of Creditor   PNC Bank, N.A. njecfmail@mwc-law.com  
        Denise E. Carlon   on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jerome B. Blank   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Mitchell R. Stein   on behalf of Debtor Ronald M Davis mitchell@stein-stein.com  
        Mitchell R. Stein   on behalf of Joint Debtor Angela Lorraine Davis mitchell@stein-stein.com  
                                                                   TOTAL: 9