Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−21357−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald M Davis                                       Angela Lorraine Davis
   5 Oak Lane                                           5 Oak Lane
   Lake Hiawatha, NJ 07034                              Lake Hiawatha, NJ 07034

Social Security No.:
   xxx−xx−5529                                          xxx−xx−6907

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on May 28, 2015.

   On 06/15/2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:            July 18, 2018
Time:            09:00 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 18, 2018
JAN: mg

                                                                            Jeanne Naughton
                                                                            Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 14-21357-RG
Ronald M Davis                                                  Chapter 13
Angela Lorraine Davis
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                Page 1 of 2                  Date Rcvd: Jun 18, 2018
                               Form ID: 185               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
db/jdb         +Ronald M Davis,    Angela Lorraine Davis,    5 Oak Lane,    Lake Hiawatha, NJ 07034-1702
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Wells Fargo Bank, NA,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Rd Ste 100,
                 Mt Laurel, NJ 08054-3437
514898747      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514829120     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Childrens Place/Citicorp Credit Services,
                 Attn: Centralized Bankruptcy,    Po Box 20363,   Kansas City, MO 64195)
514829118       Cap One,   Po Box 52530,    Carol Stream, IL 60196
514851306      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
514829122      +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
514829123      +Fein, Such, Kahn, & Shepard, P.C.,    7 Century Drive,    Suite 201,   Parsippany, NJ 07054-4673
516432880       MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
516432881      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708,    MTGLQ Investors, LP,
                 c/o Rushmore Loan Management Services 92619-2708
514829124      +McCabe, Weisberg & Conway, PC,    216 Haddon Avenue, Suite 216,    Westmont, NJ 08108
514829126      +Novartis Federal Credit Union,    124 S Ridgedale Avenue,    East Hanover, NJ 07936-3190
514829128      +PNC Mortgage,    6 N Main St,   Dayton, OH 45402-1908
514829127      +Phelan Hallinan & Diamond, PC,    400 Fellowship Road, Suite 100,    Mount Laurel, NJ 08054-3437
514829130      +TD Bank Usa,    PO Box 673,   Minneapolis, MN 55440-0673
514829133     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:   Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                 Frederick, MD 21701)
515072828      +WELLS FARGO BANK, N.A. AS SERVICER FOR FEDERAL HOM,    WELLS FARGO BANK, N.A.,
                 Attention: Bankruptcy Department,    MAC#D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
514948865       Wells Fargo Bank, N.A.,    PO BOX 10438,   Des Moines, IA 50306-0438
514829132      +Wells Fargo FinanceBank,    Attention: Bankruptcy,    POBox 10438,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 23:55:35      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 23:55:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514902318       E-mail/Text: ally@ebn.phinsolutions.com Jun 18 2018 23:54:22
                 Ally Capital serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
514829115      +E-mail/Text: ally@ebn.phinsolutions.com Jun 18 2018 23:54:22      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
514829116       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2018 23:53:47     Cach LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
514829117      +E-mail/Text: bankruptcy@cavps.com Jun 18 2018 23:55:56      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
514829119      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2018 23:52:58     Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
514838404      +E-mail/Text: bankruptcy@cavps.com Jun 18 2018 23:55:56      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514829125      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      Midland Funding, LLC,
                 8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
514829129       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2018 00:15:24
                 Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,   Norfolk, VA 23541
515090651       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2018 00:15:10
                 Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,    POB 41067,   Norfolk VA 23541
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514846425*      CACH, LLC,    PO Box 10587,   Greenville, SC 29603-0587
514829121*    ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20363,
                 Kansas City, MO 64195)
514829131*    ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:   Unvl/citi,    Attn.: Centralized Bankruptcy,   PO Box 20507,
                 Kansas City, MO 64195)
                                                                                        TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2           User: admin                Page 2 of 2                  Date Rcvd: Jun 18, 2018
                               Form ID: 185               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
          Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Celine P. Derkrikorian    on behalf of Creditor    PNC Bank, N.A. njecfmail@mwc-law.com
          Celine P. Derkrikorian    on behalf of Creditor    PNC Bank, National Association
           njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mitchell R. Stein    on behalf of Debtor Ronald M Davis mitchell@stein-stein.com,
           msteinlaw@yahoo.com
          Mitchell R. Stein    on behalf of Joint Debtor Angela Lorraine Davis mitchell@stein-stein.com,
           msteinlaw@yahoo.com
                                                                                              TOTAL: 9
```