**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:
  RONALD M DAVIS
  ANGELA LORRAINE DAVIS

Order Filed on July 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  14-21357 RG**

**Hearing Date:  7/18/2018**

**Judge:  ROSEMARY GAMBARDELLA**

**Debtor is Entitled To Discharge**

### ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: July 27, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.:  14-21357 RG

Caption of Order:        ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 6/15/2018, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 6/1/2014, the Debtor shall pay the Standing Trustee

  the sum of $32,994.09 paid into date over 49 month(s), and then

  the sum of $200.00 for a period of 11 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that the mortgage claims are to be paid as filed and orders to remain in place as to debtors' mortgage obligations both inside & outside the Plan; and it is further

- ORDERED, that Debtor must make a lumpsum payment of $13,869.00 by 10/1/18 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, The debtor(s) shall provide the Trustee with copies of their timely filed tax returns by April 15th every year throughout the life of the plan and any refund in excess of $2,000.00 shall be paid into the plan or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-21357-RG
Ronald M Davis                                                          Chapter 13
Angela Lorraine Davis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jul 27, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db/jdb        +Ronald M Davis,   Angela Lorraine Davis,   5 Oak Lane,   Lake Hiawatha, NJ 07034-1702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor   Wells Fargo Bank, NA nj.bkecf@fedphe.com
          Brian E Caine    on behalf of Creditor   MTGLQ Investors, LP bcaine@parkermccay.com,
          BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor   PRP III Chalet, LLC bcaine@parkermccay.com,
          BKcourtnotices@parkermccay.com
          Celine P. Derkrikorian    on behalf of Creditor   PNC Bank, National Association
          njecfmail@mwc-law.com
          Celine P. Derkrikorian    on behalf of Creditor   PNC Bank, N.A. njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mitchell R. Stein    on behalf of Joint Debtor Angela Lorraine Davis mitchell@stein-stein.com,
          msteinlaw@yahoo.com
          Mitchell R. Stein    on behalf of Debtor Ronald M Davis mitchell@stein-stein.com,
          msteinlaw@yahoo.com
                                                                                        TOTAL: 10