| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Ronald M Davis** | Social Security number or ITIN    xxx–xx–5529 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Angela Lorraine Davis** | Social Security number or ITIN    xxx–xx–6907 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    **14–21357–RG** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald M Davis                                    Angela Lorraine Davis

<u>9/11/19</u>                                    **By the court:** <u>Rosemary Gambardella</u>
                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-21357-RG
Ronald M Davis                                                                  Chapter 13
Angela Lorraine Davis
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Sep 11, 2019
                             Form ID: 3180W        Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
```
db/jdb       +Ronald M Davis,   Angela Lorraine Davis,   5 Oak Lane,   Lake Hiawatha, NJ 07034-1702
cr           +SN Servicing Corporation as servicer for U.S. Bank,   FRIEDMAN VARTOLO, LLP,
               1325 Franklin Avenue, Suite 230,   Garden City, NY 11530-1631
cr           +SN Servicing Corporation, as servicer for U.S. Ban,   c/o Friedman Vartolo,
               1325 Franklin Avenue,  Suite 230,,   Garden City, NY 11530-1631
cr           +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
cr           +Wells Fargo Bank, NA,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Rd Ste 100,
               Mt Laurel, NJ 08054-3437
514898747    +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
514829118     Cap One,   Po Box 52530,   Carol Stream, IL 60196
514829123    +Fein, Such, Kahn, & Shepard, P.C.,   7 Century Drive,   Suite 201,   Parsippany, NJ 07054-4673
516432880     MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
               Irvine, CA 92619-2708
516432881    +MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
               Irvine, CA 92619-2708,   MTGLQ Investors, LP,
               c/o Rushmore Loan Management Services 92619-2708
514829124     McCabe, Weisberg & Conway, PC,   216 Haddon Avenue, Suite 216,   Westmont, NJ 08108
514829126    +Novartis Federal Credit Union,   124 S Ridgedale Avenue,   East Hanover, NJ 07936-3190
514829128    +PNC Mortgage,   6 N Main St,   Dayton, OH 45402-1908
514829127    +Phelan Hallinan & Diamond, PC,   400 Fellowship Road, Suite 100,   Mount Laurel, NJ 08054-3437
515072828    +WELLS FARGO BANK, N.A. AS SERVICER FOR FEDERAL HOM,   WELLS FARGO BANK, N.A.,
               Attention: Bankruptcy Department,   MAC#D3347-014,   3476 Stateview Boulevard,
               Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2019 00:08:24    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2019 00:08:18    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
514902318     EDI: GMACFS.COM Sep 12 2019 03:28:00    Ally Capital serviced by Ally Servicing LLC,
               PO Box 130424,   Roseville, MN 55113-0004
514829115    +EDI: GMACFS.COM Sep 12 2019 03:28:00    Ally Financial,   200 Renaissance Ctr,
               Detroit, MI 48243-1300
514829120     EDI: CITICORP.COM Sep 12 2019 03:28:00    Childrens Place/Citicorp Credit Services,
               Attn: Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195
514829121     EDI: CITICORP.COM Sep 12 2019 03:28:00    Citibank Sd, Na,   Attn: Centralized Bankruptcy,
               Po Box 20363,   Kansas City, MO 64195
514829131     EDI: CITICORP.COM Sep 12 2019 03:28:00    Unvl/citi,   Attn.: Centralized  Bankruptcy,
               PO Box 20507,   Kansas City, MO 64195
514829116     EDI: RESURGENT.COM Sep 12 2019 03:28:00    Cach LLC,   PO Box  10587,
               Greenville, SC  29603-0587
514829117    +E-mail/Text: bankruptcy@cavps.com Sep 12 2019 00:08:47    Calvary Portfolio Services,
               Attention:  Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-2321
514829119    +EDI: CAPITALONE.COM Sep 12 2019 03:28:00    Capital 1 Bank,   Attn: Bankruptcy Dept.,
               Po Box 30285,   Salt Lake City, UT 84130-0285
514838404    +E-mail/Text: bankruptcy@cavps.com Sep 12 2019 00:08:47    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
514851306    +EDI: TSYS2.COM Sep 12 2019 03:28:00    Department Stores National Bank/Macys,
               Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
514829122    +EDI: TSYS2.COM Sep 12 2019 03:28:00    Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
514829125    +EDI: MID8.COM Sep 12 2019 03:28:00    Midland Funding, LLC,   8875 Aero Drive,   Suite 200,
               San Diego, CA 92123-2255
514829129     EDI: PRA.COM Sep 12 2019 03:28:00    Portfolio Recovery,   Attn: Bankruptcy,   PO Box 41067,
               Norfolk, VA 23541
515090651     EDI: PRA.COM Sep 12 2019 03:28:00    Portfolio Recovery Associates, LLC,
               c/o Capital One/Hsbc,   POB 41067,   Norfolk VA 23541
514829130    +EDI: WTRRNBANK.COM Sep 12 2019 03:28:00    TD Bank Usa,   PO Box 673,
               Minneapolis, MN 55440-0673
517750867    +E-mail/Text: bknotices@snsc.com Sep 12 2019 00:09:27
               U.S. Bank Trust National Association, as Trustee,   C/O SN Servicing Corp.,   323 5th Street,
               Eureka, CA 95501-0305
517750868    +E-mail/Text: bknotices@snsc.com Sep 12 2019 00:09:28
               U.S. Bank Trust National Association, as Trustee,   C/O SN Servicing Corp.,   323 5th Street,
               Eureka, CA 95501,   U.S. Bank Trust National Association, as,
               C/O SN Servicing Corp. 95501-0305
514829133     EDI: WFFC.COM Sep 12 2019 03:28:00    Wells Fargo Home Mortgage,   8480 Stagecoach Circle,
               Frederick, MD 21701
514948865     EDI: WFFC.COM Sep 12 2019 03:28:00    Wells Fargo Bank, N.A.,   PO BOX 10438,
               Des Moines, IA 50306-0438
```

```
District/off: 0312-2            User: admin              Page 2 of 2              Date Rcvd: Sep 11, 2019
                               Form ID: 3180W           Total Noticed: 37
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514829132       +EDI: WFFC.COM Sep 12 2019 03:28:00    Wells Fargo FinanceBank,    Attention: Bankruptcy,
                 POBox 10438,   Des Moines, IA 50306-0438
                                                                                        TOTAL: 22

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514846425*      CACH, LLC,   PO Box 10587,   Greenville, SC 29603-0587
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
              Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com,
              BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    PRP III Chalet, LLC bcaine@parkermccay.com,
              BKcourtnotices@parkermccay.com
              Celine P. Derkrikorian    on behalf of Creditor    PNC Bank, N.A. njecfmail@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    PNC Bank, National Association
              njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation, as servicer for U.S. Bank
              Trust National Association, as Trustee of the Tiki Series III Trust
              bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation as servicer for U.S. Bank
              Trust National Association, et al bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mitchell R. Stein    on behalf of Debtor Ronald M Davis mitchell@stein-stein.com,
              msteinlaw@yahoo.com;steinmr83648@notify.bestcase.com
              Mitchell R. Stein    on behalf of Joint Debtor Angela Lorraine Davis mitchell@stein-stein.com,
              msteinlaw@yahoo.com;steinmr83648@notify.bestcase.com
              Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
                                                                                        TOTAL: 13
```